# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-CV-1677-RM-STV

Maria Dominguez and Salvador Dominguez,

    Plaintiffs,

v.

Principal Life Insurance Company

    Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Maria Dominguez and Salvador Dominguez, by and through their undersigned counsel, and Defendant Principal Life Insurance Company, by and through its undersigned counsel, have stipulated to the dismissal this action, with prejudice, each party to pay its own fees and costs.

WHEREFORE, the Parties respectfully request the court dismiss this action, with prejudice, each party to pay its own fees and costs.

Dated: March 23, 2023

                              Respectfully submitted,

| | |
|---|---|
| /s/ Daniel J. Vedra | /s/ Kim L. Koehler |
| Vedra Law LLC | Wilson Elser |
| Daniel J. Vedra | Kim L. Koehler |
| 1444 Blake Street | 1225 17th Street |
| Denver, Colorado 80202 | Denver, CO 80202 |
| 303-937-6540 | 303-527-5311 |

dan@vedralaw.com                                  Kim.koehler@wilsonelser.com
Attorney for Plaintiffs                           Attorney for Defendant

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the date first written above the foregoing was served CM/ECF on all parties of record.

      /s/ Daniel J. Vedra
      Daniel J. Vedra

3